IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF MISSISSIPPI
NORTHERN DIVISION

**SHELTER MUTUAL INSURANCE COMPANY**　　　　　　　　　　**PLAINTIFF**

vs.　　　　　　　　　　　　　　　　　　　　　**CASE NO: 3:25-cv-130-KHJ-MTP**

**POLARIS INC., POLARIS SALES INC.,**
**AND POLARIS INDUSTRIES INC.**　　　　　　　　　　　　**DEFENDANTS**

### UNOPPOSED MOTION TO AMEND CASE MANAGEMENT ORDER

Defendants, Polaris Inc., Polaris Sales Inc., and Polaris Industries Inc., through undersigned counsel, and without opposition from Plaintiff, move to amend the Case Management Order for an extension of the discovery, experts, and dispositive motion deadlines by 30 days as follows:

1. The Case Management Order [ECF No. 18] sets the following deadlines:

    a. **Discovery**. All discovery shall be completed by May 1, 2026.
    b. **Experts**. The parties' experts, if any, shall be designated by the following dates:
        i. Plaintiff: January 15, 2026
        ii. Defendants: February 15, 2026
    c. **Motions**. All dispositive motions and *Daubert*-type motions challenging another party's expert must be filed by: May 15, 2026. The deadline for motions *in limine* is twenty-one days before the pretrial conference; the deadline for responses is fourteen days before the pretrial conference.

2. The parties are engaged in discovery and have an upcoming inspection scheduled for December 16, 2025.

3. Plaintiff's discovery responses remain outstanding ahead of the scheduled lab inspection. Given this delay, counsel for both parties conferred in good faith and agreed to the requested extension set forth below, with the possibility of a second inspection, if necessary, after Defendants receive the discovery responses.

4. Therefore, the parties request a thirty (30) day extension of the discovery, experts, and motion deadlines as follows:

- a. **Discovery**. All discovery shall be completed by **June 1, 2026**.
- b. **Experts**. The parties' experts, if any, shall be designated by the following dates:
    - i. Plaintiff: **February 16, 2026**
    - ii. Defendants: **March 18, 2026**
- c. **Motions**. All dispositive motions and *Daubert*-type motions challenging another party's expert must be filed by: **June 15, 2026**. The deadline for motions *in limine* is twenty-one days before the pretrial conference; the deadline for responses is fourteen days before the pretrial conference.

5. The parties seek this agreed extension in good faith and solely to accommodate scheduling needs, not to delay or otherwise impact the trial setting.

6. A proposed order will be submitted to this Court contemporaneously with the filing of this Motion.

WHEREFORE, Defendants request entry of an Order extending the discovery, experts, and motion deadlines by 30 days.

RESPECTFULLY SUBMITTED, this the 12th day of December 2025.

Respectfully Submitted,

By:     */s/ Malissa Wilson*
Malissa Wilson (MSB #100751)
Chelsea Lewis (MSB #105300)
FORMAN WATKINS & KRUTZ LLP
210 East Capitol St., Suite 2200
Jackson, Mississippi 39201
Phone: (601) 960-3173
Facsimile: (601) 960-8613
malissa.wilson@formanwatkins.com
chelsea.lewis@formanwatkins.com

**THEIR ATTORNEYS**

OF COUNSEL:

FORMAN WATKINS & KRUTZ LLP
210 East Capitol St., Suite 2200
Jackson, Mississippi 39201
Phone: (601) 960-8600
Facsimile: (601) 960-8613